James M. Wagstaffe (#95535)
Frank Busch (#258288)
**WAGSTAFFE, VON LOEWENFELDT,**
**BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for Plaintiff Joseph S.*
*Maroun*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH S. MAROUN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NUTANIX, INC., DHEERAJ PANDEY and DUSTON M. WILLIAMS, <br><br> Defendants. | **Case No.:** <br><br> **CLASS ACTION** <br><br> **COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** <br><br> **DEMAND FOR JURY TRIAL** |

COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

Plaintiff Joseph S. Maroun ("Plaintiff"), individually and on behalf of all others similarly situated, alleges the following based upon the investigation of plaintiff's counsel, which included a review of U.S. Securities and Exchange Commission ("SEC") filings by Nutanix, Inc. ("Nutanix" or "the Company"), as well as regulatory filings and reports, securities analysts' reports and advisories about the Company, press releases and other public statements issued by the Company, and media reports about the Company. Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1. This is a securities class action on behalf of all those who purchased or sold Nutanix publicly traded securities during the period from March 2, 2018 through February 28, 2019, inclusive (the "Class Period"), who were damaged thereby (the "Class") seeking remedies under the Securities Exchange Act of 1934 (the "Exchange Act"). Excluded from the Class are: Defendants; the officers and directors of the Company during the Class Period (the "Excluded D&Os"); members of Defendants' and the Excluded D&Os' immediate families; the subsidiaries and affiliates of the Company, including the Company's employee retirement and benefit plan(s) and their participants or beneficiaries, to the extent they made purchases through such plan(s); and any entity in which Defendants or the Excluded D&Os have or had a controlling interest; and the legal representatives, heirs, successors or assigns of any excluded person or entity.

2. During the Class Period, Defendants made repeated statements that Nutanix was investing heavily in growth and was increasing sales and marketing activities while improving upon gross margins due to changes being made to the Company's business model, including the shift from hardware to software and the change from licensing to subscription platforms.

3. Contrary to these statements, and as revealed by the Defendants on February 28, 2019, starting with the fourth fiscal quarter of 2017 (beginning May 1, 2017) through the third fiscal quarter of 2018 (ending April 30, 2018), Defendants did not increase Nutanix's lead generation spending, but rather held lead generation spending, an admitted "key component to building pipeline," flat. Further, starting with the fourth fiscal quarter of 2018 (beginning May 1,

2018) through the second fiscal quarter of 2019 (ending January 31, 2019), rather than either increasing lead generation spending or holding that spending flat, Defendants actually decreased Nutanix's lead generation spending. Additionally, on this same date Defendants revealed that Nutanix had fallen behind in its sales hiring goals.

4.     By misrepresenting the magnitude of Nutanix's marketing spending, and failing to disclose Nutanix was pulling back on lead generation spending, Defendants were able to misrepresent that Nutanix had improved its gross margins through changes to its business model rather than the truth—that Nutanix was skimping on important drivers of revenue growth.

5.     As a result of Nutanix's lower lead generation spending and failure to keep pace with its sales hiring goals, Nutanix's pipeline of new business was severely negatively impacted, resulting in significantly lower forecasted earnings starting in the third fiscal quarter of 2019 (ending April 30, 2019).

6.     Once Defendants revealed the truth on February 28, 2019, the price of Nutanix common stock plummeted $16.39 per share, or more than 32 percent, from its closing price of $50.09 per share on February 28, 2019, to close at $33.70 per share on March 1, 2019.

## JURISDICTION AND VENUE

7.     The claims asserted herein arise under and pursuant to §§ 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

8.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and § 27 of the Exchange Act (15 U.S.C. § 78a).

9.     Venue is proper in this District pursuant to § 27 of the Exchange Act, and 28 U.S.C. § 1391(b). Nutanix maintains its headquarters in this District and many of the acts and conduct that constitute the violations of the law complained of herein occurred in this District.

10.    This action is a Securities Class Action, and pursuant to L.R. 3-2(c) is exempt from the Intradistrict Assignment allegation requirements of L.R. 3-5(b).

11.    In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not

1  limited to, the mails, interstate telephone communications and the facilities of the national

2  securities markets.

3  **PARTIES**

4  12.    Plaintiff purchased Nutanix securities in reliance on Defendants' materially false

5  and misleading statements and omissions of material facts, and on the integrity of the market for

6  Nutanix securities, at artificially inflated prices during the Class Period, and was damaged when

7  the truth about Nutanix was revealed to the market, removing the prior inflation.  Plaintiff's

8  certification, with a listing of his transactions in Nutanix securities during the Class Period, is

9  annexed to this Complaint.

10  13.    Defendant Nutanix, Inc. is an enterprise cloud platform provider.  Nutanix

11  common stock trades under the ticker "NTNX" on the NASDAQ, an efficient market.

12  14.    Defendant Dheeraj Pandey ("Pandey") is, and was during the Class Period, Chief

13  Executive Officer ("CEO") and Chairman of the Board of Nutanix.

14  15.    Defendant Duston M. Williams ("Williams") is, and was during the Class Period,

15  Chief Financial Officer ("CFO") of Nutanix.

16  16.    Defendants Pandey and Williams are collectively referred to herein as the

17  "Individual Defendants."  Nutanix and the Individual Defendants are referred to herein,

18  collectively, as "Defendants."

19  17.    The Individual Defendants, because of their positions with the Company,

20  possessed the power and authority to control the contents of Nutanix's quarterly reports,

21  shareholder letters, press releases and presentations to securities analysts, money and portfolio

22  managers and institutional investors, *i.e.*, the market.  They were provided with copies of the

23  Company's reports and press releases alleged herein to be misleading prior to or shortly after

24  their issuance and had the ability and opportunity to prevent their issuance or cause them to be

25  corrected.  Because of their positions with the Company and their access to material non-public

26  information available to them but not to the public, the Individual Defendants knew that the

27  adverse facts specified herein had not been disclosed to and were being concealed from the

28  public and that the positive representations being made were then materially false and

1    misleading.  The Individual Defendants are liable for the false and misleading statements pleaded

2    herein.

3        18.    Defendants are liable for: (i) making false statements; or (ii) failing to disclose

4    adverse facts known to them about Nutanix.  Defendants' fraudulent scheme and course of

5    business that operated as a fraud or deceit on purchasers of Nutanix securities was a success, as

6    it: (i) deceived the investing public regarding Nutanix's prospects and business; and (ii) caused

7    plaintiff and other members of the Class to purchase Nutanix securities at artificially inflated

8    prices who were damaged thereby when the prior inflation came out.

9                                    **BACKGROUND**

10        19.    Defendant Nutanix provides a leading enterprise cloud platform that powers many

11    of the world's business applications and end-user services by providing software solutions that

12    digitize traditional silos of enterprise computing, converging compute, virtualization, storage,

13    networking, desktop, governance and security services into one integrated solution.  Nutanix

14    primarily sells its products and services to end customers through distributors, resellers and

15    original equipment manufacturers ("OEMs").

16        20.    Customers have the choice to buy Nutanix enterprise cloud software and deploy

17    the software on a variety of qualified hardware platforms or to purchase the software pre-

18    installed onto hardware through one of their OEM partners or other channel partners, including

19    on the Nutanix-branded NX hardwire line.  The Company's OEM partners, Dell Technologies,

20    Lenovo Group Ltd., International Business Machines Corporation, and Fujitsu Technology

21    Solutions GmbH license Nutanix's software and package it with their hardware in the Dell XC

22    Series, Lenovo Converged HX Series, IBM CS Series, and Fujitsu XF Series appliances,

23    respectively.  Super Micro Computer, Inc. and Flextronics Systems Ltd. license Nutanix's

24    software and package it with Nutanix-branded NX appliances.  The OEM partners offer these

25    appliances in a range of configurations and also sell associated support offerings, which Nutanix

26    jointly supports.

27        21.    Nutanix also delivers certain of its cloud and platform solutions, such as Beam

28    and Frame, and is continuing to develop additional cloud services, such as Nutanix Xi Cloud

1    Services and Nutanix Era, all of which are intended to be delivered as a hosted service that can

2    be purchased on a subscription basis.

3        22.    The Nutanix platform is primarily sold through channel partners, including

4    distributors and resellers, thus the distributor is typically considered the direct purchaser in a

5    transaction.

6        23.    On September 18, 2017, Nutanix filed a Form 10-K for the fiscal year ending July

7    31, 2017 with the SEC.  The Form 10-K described the Company's sales and marketing efforts in

8    pertinent part as follows:

9
        We have invested heavily in the growth of our business, including
10       the development of our solutions, build-out of our global sales
         force and the acquisitions of Calm.io Pte. Ltd., or Calm, and
11       PernixData, Inc., or PernixData, during the first quarter of fiscal
         2017. The number of our full-time employees increased from
12       1,980 as of July 31, 2016 to 2,813 as of July 31, 2017. We have
         recruited an engineering team focused on distributed systems and
13       IT infrastructure technologies at our San Jose, California
         headquarters and at our research and development centers in
14       Bangalore, India, Durham, North Carolina and Seattle,
         Washington. We have also expanded our international sales and
15       marketing presence by continuing to build out our global teams.
         We intend to continue to invest in our global engineering team to
16       enhance the functionality of our operating system, introduce new
         products and features and build upon our technology leadership, as
17       well as continue to expand our global sales and marketing teams.

18                       *        *        *

19       We plan to continue to invest in sales and marketing so that we can
         capitalize on our market opportunity, and as part of this, we intend
20       to specifically expand our focus on opportunities with major
         accounts and large deals, which we define as transactions over
21       $500,000 in committed value. We have significantly increased our
         sales and marketing personnel, which grew by 42% from July 31,
22       2016 to July 31, 2017. . . . We intend to continue to grow our
         global sales and marketing team to acquire new end-customers and
23       to increase sales to existing end-customers.

24                       *        *        *

25       Sales and marketing expense increased year-over-year both for
         fiscal 2016 and 2017 primarily due to higher personnel costs and
26       sales commissions, as our sales and marketing headcount increased
         year-over-year by 70% in fiscal 2016 and 42% in fiscal 2017. The
27       year-over-year increase in fiscal 2017 in sales and marketing
         personnel costs includes a $70.1 million increase in stock-based
28       compensation expense as a result of our IPO. Additionally, as part
         of our efforts to penetrate and expand in global markets, we have

continually increased our marketing activities related to brand
awareness, promotions, trade shows and partner programs.

24.     On November 30, 2017, Nutanix held a conference call with analysts and

investors to discuss their earnings and operations for the fiscal quarter ending October 31, 2017.

During the call, Defendants described the Company's transition to what Defendant Pandey

described as Nutanix's new "software-centric approach to go-to-market and financial reporting,"

reassuring investors that the transition would result in higher profit margins with minimal

disruption. Defendant Williams stated, in pertinent part:

> All things being equal, the direct impact of this specific change
> would result in significantly higher software content and
> significantly higher gross margins with no change to our growth in
> gross profit dollars. Probably the most important point to make
> here is that this change will have absolutely no impact to our future
> growth rates of our software and support billings, that being the
> portion of our business today that represents 74% of our billings.
> Over time, we would also hope to gain additional selling leverage
> that naturally comes from focusing on software-only transactions.

25.     On December 13, 2017, Nutanix filed a Form 10-Q with the SEC for the first

quarter of fiscal 2018, ended October 31, 2017, which was signed by Defendant Williams.  With

respect to sales and marketing, the Form 10-Q made the same representations as the Company's

Form 10-K filed on September 19, 2017 described in ¶ 23 above.

## SUBSTANTIVE ALLEGATIONS

26.     On March 1, 2018, after the market closed, Nutanix issued a press release

announcing its financial results for the second quarter of fiscal 2018, ended January 31, 2018.

For the second quarter of fiscal 2018, Nutanix reported a record number of new customers and a

growing number of large deals.  The March 1, 2018 Press Release also announced that Nutanix

had a gross margin of 62.1 percent on a Generally Accepted Accounting Principles ("GAAP")

basis, and 63.5 percent on a non-GAAP basis, for the second fiscal quarter of 2018.

27.     Defendant Pandey was quoted in the press release commenting on the results,

stating in pertinent part:

> Our continued success with Global 2000 customers, the strength of
> our large deal execution and record number of new customers
> prove that we are reducing friction for our customers and providing
> them with a consumer-grade experience that is unmatched.

Defendant Williams also stated, in pertinent part:

> Our 57% billings growth year-over-year and our 45% increase in non-GAAP gross profit year-over-year drove a better than expected bottom line. Our software and support billings also rose significantly during the quarter, demonstrating our progress as we transition to a software-centric business model. Our strong execution on our strategic initiatives, together with our successful convertible debt offering, put us in a strong position for the future.

28.    Later on March 1, 2018, Nutanix held a conference call to with analysts and investors to discuss its financial results.  On the call, Defendant Pandey stated that the second fiscal quarter of 2018 was "yet another strong quarter for Nutanix, with billings, revenue, gross margin and EPS, all better than our guidance and consensus."  Defendant Williams stated that "Our gross margin for the quarter was 63.5%, which was at the high end of our guidance, and compares to 63.2% in the year-ago quarter and 61.9% in the prior quarter."

29.    On March 2, 2018, the price of Nutanix common stock increased $2.67 per share, or 8.3 percent, from its March 1, 2018 closing price of $36.20, closing at $38.87 per share.

30.    On March 15, 2018, Nutanix filed its Form 10-Q with the SEC for the second quarter of fiscal 2018, ended January 31, 2018, which was signed by Defendant Williams.  With respect to sales and marketing, the Form 10-Q stated in pertinent part as follows:

> **We continue to invest heavily in the growth of our business**, including the development of our solutions and build-out of our global sales force. . . . We have also expanded our international sales and marketing presence by continuing to build out our global teams. We intend to continue to invest in our global engineering team to enhance the functionality of our operating system, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.[1]
>
> *          *          *
>
> **We plan to continue to invest in sales and marketing** so that we can capitalize on our market opportunity, and as part of this, **we intend to specifically expand our focus on opportunities with major accounts and large deals**, which we define as transactions over $500,000 in committed value. We have significantly increased our sales and marketing personnel, which grew by approximately 30% from January 31, 2017 to January 31, 2018. We intend to continue to grow our global sales and marketing team

---

[1] Emphasis added throughout, unless otherwise noted.

to acquire new end-customers and to increase sales to existing end-customers.

*     *     *

We expect sales and marketing expense to continue to increase in absolute dollars as we increase the size of our global sales and marketing organizations. Our sales and marketing expense may fluctuate as a percentage of total revenue.

*     *     *

The increase in product revenue for the three and six months ended January 31, 2018 reflects increased domestic and international demand for our solutions as we continued to penetrate and expand in global markets through increased sales and marketing activities.

*     *     *

Sales and marketing expense increased in the three and six months ended January 31, 2018 compared to the same prior year periods primarily due to higher personnel costs and sales commissions, as our sales and marketing headcount increased by 30% from January 31, 2017 to January 31, 2018. ***Additionally, as part of our efforts to penetrate and expand in global markets, we have continually increased our marketing activities related to brand awareness, promotions, trade shows and partner programs***.

31.     On May 24, 2018, Nutanix issued a press release announcing its financial results for the third quarter of fiscal 2018, ended April 30, 2018.  For the third quarter of fiscal 2018, Nutanix reported software and support billings growth of 67 percent year over year.  The Company further reported that it had expanded gross margins while executing on its transition to a software-centric business model.

32.     Defendant Pandey commented on the results, stating in pertinent part:

***Investment in our innovation engine is delivering strong results***. . . . Our continued industry-leading Net Promoter Score proves that a relentless focus on our customers drives our continued success.

Defendant Williams also added,

Demand for our solutions remains strong as we saw 67 percent growth in software and support billings and 55 percent growth in software and support revenue. We had strong success in our hiring in the quarter that positions us to deliver on our future growth plans, as we outlined at our March Investor Day. The continued growth in our software and support billings and ***gross margin expansion in the quarter demonstrates we are successfully executing on our transition to a software- defined business model***.

33.     On the same day, Nutanix held a conference call with analysts and investors to discuss the Company's earnings and operations.  During the call, Defendant Pandey reported "accelerated growth," "strong across the board, with billings, revenue and gross margins all ahead of consensus."  In regard to the transition to a software-centric business model, Defendant Pandey added that "we have managed change immensely well."  During the conference call, Defendant Williams stated that "we were pleased with our results that reflected continued strong growth" and highlighted the Company's hiring performance, stating in pertinent part:

> *During the quarter, we added over 60 new sales teams, which is critical to our planned growth for future periods*. We were very pleased with our hiring performance in the quarter. And although not yet at our planned headcount, we did significantly exceed what we thought was possible when guiding Q3, including, the addition of almost 85 employees from our 2 recent acquisitions, Netsil and Minjar. This strong hiring performance drove expenses to $232 million in Q3, exceeding the high end of our guidance by $12 million.

34.     On June 12, 2018, Nutanix filed a Form 10-Q with the SEC for the third quarter of fiscal 2018, ended April 30, 2018, which was signed by Defendant Williams.  With respect to sales and marketing, the Form 10-Q stated in pertinent part as follows:

> *We continue to invest heavily in the growth of our business*, including the development of our solutions and build-out of our global sales force. The number of our full-time employees increased from 2,672 as of April 30, 2017 to 3,709 as of April 30, 2018. *We have also expanded our international sales and marketing presence by continuing to build out our global teams*. We intend to continue to invest in our global engineering team to enhance the functionality of our operating system, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.
>
> *       *       *
>
> *We plan to continue to invest in sales and marketing so that we can capitalize on our market opportunity*, and as part of this, we intend to specifically expand our focus on opportunities with major accounts and large deals, which we define as transactions over $500,000 in committed value. We have significantly increased our sales and marketing personnel, which grew by approximately 40% from April 30, 2017 to April 30, 2018. . . . *We intend to continue to grow our global sales and marketing team* to acquire new end customers and to increase sales to existing end customers.
>
> *       *       *

The increase in product revenue for the three and nine months ended April 30, 2018 reflects increased domestic and international demand for our solutions as *we continue to penetrate and expand in global markets through increased sales and marketing activities*.

\*     \*     \*

Sales and marketing expense increased for the three and nine months ended April 30, 2018, as compared to the prior year periods, due primarily to higher personnel costs and sales commissions, as our sales and marketing headcount increased by 40% from April 30, 2017 to April 30, 2018. *Additionally, as part of our efforts to penetrate and expand in global markets, we continue to increase our marketing activities related to brand awareness, promotions, trade shows, and partner programs*.

35.     On June 13, 2018, the price of Nutanix common stock increased $2.85 per share, or 4.7 percent, from its June 12, 2018 closing price of $60.65 per share, to close at $63.50 per share.

36.     On August 30, 2018, Nutanix issued a press release announcing its financial results for the fourth quarter of fiscal 2018, ended July 31, 2018.  For the fourth quarter of fiscal 2018, Nutanix reported 66 percent year-over-year growth in software and support billings and 78 percent Non-GAAP gross margins, as the Company continued its successful shift to a software-centric business model.  Defendant Pandey commented on the results, stating in pertinent part as follows:

We ended the year on a high note with a record quarter on many fronts, positioning us extremely well for the future. We will continue to invest in talent and hybrid cloud technology while incubating strategic multi-cloud investments such as Netsil, Beam, and now Frame.

Defendant Williams added:

*The company's strong achievement of 78 percent non-GAAP gross margin, the best in our history, is the direct result of our successful execution toward a software-defined business model* . . . . We're also tracking above our target performance we set using the 'Rule of 40' framework, demonstrating our ability to balance growth and cash flow.

37.     On the same day, Nutanix held a conference call with analysts and investors to discuss the Company's earnings and operations.  During this call, Defendant Pandey reiterated the positive results for the fourth quarter, stating in pertinent part as follows:

Q4 was another fantastic quarter and a great bookend to our fiscal 2018. We grew our software and subscription business steadily throughout the year, with Q4 year-over-year billings growth of 66% and Q4 year-over-year revenue growth of 49%. We delivered record performance in several areas, including delivering non-GAAP gross margins of nearly 78% and growing our deferred revenue balance by 71% for the—from the prior year.

                              *        *        *

In fiscal '18, we delivered close to $1.2 billion in software and support billings, growing 54% year-over-year and added over 3,600 new customers.

Defendant Pandey also highlighted the Company's large amount of new customers and large deals, stating in pertinent part as follows:

Coming to some color in Q4, this quarter, we added approximately 1,000 new customers, bringing our total number to 10,610. In this last fiscal year, we added nearly as many customers as we had when we IPO-ed 2 years ago. We now count 710 Global 2000 companies as customers, adding approximately 40 in Q4 2018 and 140 overall in fiscal '18. Q4 also brought continued momentum in large deals with 46 deals worth more than $1 million; 9 of which were worth more than $3 million and 2 of which were worth more than $5 million. We closed 201 deals worth more than $1 million in fiscal '18, up from 144 in fiscal '17, and now have 26 customers with a lifetime spend of more than $10 million, up from 11 in fiscal '17.

Defendant Williams also answered a question on the call regarding the Company's pipeline composition going forward from Mark Ronald Murphy, a stock research analyst at JP Morgan & Chase Co.:

**Murphy**: Duston, if I may, I had a follow-up. The billings result in the billings guidance are obviously quite robust. And I was just wondering if you – could you just clarify whether all of that large U.S. DoD deal win is reflected in the result this quarter?

And then when you look at the pipeline composition, does it seem fairly diversified and predictable? Or would you say that there are more of these large discrete deals along the lines of the DoD win that might be a little harder to predict the timing?

**Williams**: Yes. So on the big deal that we referenced greater than $20 million, it was all billed in Q4. Although that's one of the reasons our bill-to-revenue ratio went up a little bit is that – just the nature of the support piece on that. Only about 40% of that deal was actually recognized in revenue in the quarter and the rest will be over the support period. So that's the first piece there. And on the second piece, I think just the business in general, as Dheeraj talked about extensively earlier, is that we're seeing bigger deals and we will continue to get larger and larger deals. Now Q1 has the

additional variable of federal, of course. With the year-end we've always had a pretty good Q1 for federal we're assuming it's going to be okay this quarter also, a decent performance there. And any time you're talking federal, you have some lumpiness in there. So we'll have some bigger deals that will appear in the quarter. We've assumed some will, some won't, so we've taken – hope a pretty good balanced approach from a federal perspective.

Defendant Williams also answered a question on that call regarding gross margins from Kay Huberty, a stock research analyst with Morgan Stanley ("Huberty").

**Huberty:** You hit your target around hardware run off in the fourth quarter and yet you beat gross margin by 400 basis points. So, can you just talk about the contributors to that upside? And then I have a follow-up.

**Williams:** Yeah. I think if you look at the support margins, there is a little bit of increase there, a couple of points probably quarter-over-quarter. The team did a nice job from a support perspective, and the infrastructure and cost there. And then even some of our internal operations cost were a little bit lower, which clearly helped too. And then there are some other things around the fringe there, but pretty much those are the driving factors anyway, Katy.

38.     On September 24, 2018, Nutanix filed a Form 10-K with the SEC for the fourth quarter and full year fiscal 2018, ended July 31, 2018, which was signed by Defendants Pandey and Williams, among others.  With respect to sales and marketing, the Form 10-K stated in pertinent part as follows:

*We continue to invest heavily in the growth of our business*, including the development of our solutions and build-out of our global sales force. . . . We have also expanded our international sales and marketing presence by continuing to build out our global teams. We intend to continue to invest in our global engineering team to enhance the functionality of our platform, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.

                    *       *       *

*We plan to continue to invest in sales and marketing so that we can capitalize on our market opportunity and as part of this, we intend to specifically expand our focus on opportunities with major accounts and large deals*, which we define as transactions over $500,000. . . . We intend to continue to grow our global sales and marketing team to acquire new end customers and to increase sales to existing end customers.

                    *       *       *

The increase in product revenue reflects increased domestic and international demand for our solutions as *we continued to*

> *penetrate and expand in global markets through increased sales
> and marketing activities*.
>
>         *       *       *
>
> Sales and marketing expense increased year-over-year both for
> fiscal 2017 and fiscal 2018 due primarily to higher personnel-
> related costs and sales commissions, as our sales and marketing
> headcount increased by 42% year-over-year in both fiscal 2017
> and 2018. . . . *Additionally, as part of our efforts to penetrate and
> expand in global markets, we continue to increase our marketing
> activities related to brand awareness, promotions, trade shows,
> and partner programs*.

39.    On November 27, 2018, Nutanix issued a press release announcing its financial results for the first quarter of fiscal 2019, ended October 31, 2018. For the first quarter of fiscal 2019, Nutanix reported revenue of $313.3 million, up from $275.6 million in the first quarter of fiscal 2018, and $383.6 million in billings, up from $315.3 million in the first quarter of fiscal 2018. Further, the Company reported an increase in GAAP gross margins to 76.3 percent from 60.6 percent and non-GAAP gross margins to 78.6 percent from 61.9 percent. Defendant Pandey commented on the results, stating in pertinent part as follows:

> Our results this quarter prove that our core business continues to
> grow strongly and put us on a solid path to meet our goal of at least
> $3 billion in software and support billings by 2021. . . . 51% of our
> billings in our first quarter were derived from subscriptions, up
> from 31% in the same quarter last year, and our subscription
> revenue grew 104% year-over-year. As we look ahead, we expect
> to continue this shift towards subscription, driving a cloud-like,
> pay-as-you-grow business model.

40.    On the same day, Nutanix held a conference call with analysts and investors to discuss the Company's earnings and operations. In his opening remarks, Defendant Pandey represented that the Company had had a great start to 2019, highlighting the "higher-than-guided revenue, better gross margins and lower operating expenses," and stating, in pertinent part, as follows:

> Now on to our Q1 results. We had a great start to fiscal 2019,
> delivering another strong quarter, growing software and support
> billings by 50% year-over-year to $351 million and software and
> support revenue by 44% to $281 million. Notably, subscription
> revenue increased 104% year-over-year, as we shift our business to
> an increasingly subscription-based consumption. *The combination
> of higher-than-guided revenue, better gross margins and lower
> operating expenses <u>drove</u> our net loss per share to $0.13 per
> share, significantly better than our guidance of a loss between*

*$0.26 and $0.28*. Duston will share more on our financial metrics and outlook later in the call.

41. In his opening remarks on the call, Defendant Williams reiterated the Company's improvement in gross margins, stating that "our non-GAAP gross margins grew in Q1 to 78.6%, up from 61.9% in the year-ago quarter and 77.7% in the prior quarter." Further, he stated he expected gross margins to be "between 78% and 79%" in the second quarter.

42. During the question-and-answer session of the conference call, Defendants were asked about whether their pipeline was growing because competitors were affirming their strategies. In his response, Defendant Pandey made no mention of having made a reduction in lead generation spending that was affecting the pipeline. The following exchange took place:

**Huberty:** Question for . . . Dheeraj first. You mentioned that hybrid multicloud is becoming a buzzword, and we've certainly heard it from just about every infrastructure hardware, software company this quarter. So curious how you think it impacts your business. Are you seeing your pipeline growing customers, coming to you because competitors are affirming your strategy? Do your salespeople have to spend more time explaining the difference between your strategy and some of the others? Just how this evolves as more players follow your lead.

**Pandey:** Yes, thanks, Katy. Yes, I think we definitely go and talk from the position of our strength as opposed to a position of someone else's strength. And many of the customers, we go and talk about their adjacency and our adjacency. Their adjacency is on-prem right now. And our adjacency is on-prem, which is software-defined infrastructure. And then we go talk about disaster recovery as a service, like, hey, about the first crawl piece of this multicloud journey where we can do one-click failover and testing and failback and fix that, then all of a sudden, the app is mobile because we did all the hard work with runbook automation and shipping data and things like that. So we basically start with our adjacencies and then, there's all these multicloud services that are very adjacent to Nutanix like desktops, it's very adjacent to what we have really understood and embraced in the last 7, 8 years. We probably are one of the strongest companies to understand end user computing experiences across Citrix and VMware and now with Frame itself. And now people are asking about Frame to be extremely multicloud, used by AWS credits, used by Azure credits. I talked about one of our experiences with co-selling with Google G Suite itself. So I think we are going and navigating this multicloud buzzword around our adjacencies so we don't talk fluff, I think, because most of the money is still coming from computed storage and networking and security and some of these workloads around that, like files, like databases, like desktops. So I think we asked our sellers and – to actually go and focus on workloads because workloads and applications is where most journeys actually begin.

43. When asked about the fact that software and support billings had come down in the quarter, Defendant Williams asserted that it was expected, as reflected in the following exchange:

> **Huberty:** Understood. And Duston, software and support billings came down a bit this quarter. Is that just new seasonality as the business scales? Or was there some impact of the subscription transition in the quarter? If so, how much?
>
> **Williams:** Yes – no, there really wasn't any impact to say on the subscription piece. Actually, when you look at the length of these new licenses, the $20 million, it's slightly higher than the 3.6 average. So there really wasn't any tilt to one year or anything like that in that. But we had – and just looking and addressing billings in total, we had the guided billings down actually in Q1. We came off a really strong Q3, a really strong Q4 into a seasonally soft Q1 so that we had guided $370 million to $390 million of total billings. And obviously, we came in at roughly $384 million, so close to the top end of that range. So it was kind of as expected there and the pieces kind of fell out as they did.

44. On December 10, 2018, Nutanix filed its Form 10-Q with the SEC for the first quarter of fiscal 2019, ended October 31, 2018, which was signed by Defendant Williams. With respect to sales and marketing, the Form 10-Q stated in pertinent part as follows:

> ***We continue to invest heavily in the growth of our business***, including the development of our solutions and build-out of our global sales force. The number of our full-time employees increased from approximately 3,010 as of October 31, 2017 to approximately 4,380 as of October 31, 2018. . . . We have also expanded our international sales and marketing presence by continuing to build out our global teams. We intend to continue to invest in our global engineering team to enhance the functionality of our platform, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.
>
> *       *       *
>
> ***We plan to continue to invest in sales and marketing so that we can capitalize on our market opportunity, and as part of this, we intend to specifically expand our focus on opportunities with major accounts and large deals***, which we define as transactions over $500,000. We have significantly increased our sales and marketing personnel, which grew by approximately 40% from October 31, 2017 to October 31, 2018. . . . We intend to continue to grow our global sales and marketing team to acquire new end customers and to increase sales to existing end customers.
>
> *       *       *

The increase in product revenue for the three months ended October 31, 2018 reflects increased demand for our solutions as *we continue to penetrate and expand in global markets through increased sales and marketing activities*.

\*        \*        \*

Sales and marketing expense increased for the three months ended October 31, 2018, as compared to the prior year period, due primarily to higher personnel- related costs, including stock-based compensation expense, as our sales and marketing headcount increased by 40% from October 31, 2017 to October 31, 2018. *Additionally, as part of our efforts to penetrate and expand in global markets, we continue to increase our marketing activities related to brand awareness, promotions, trade shows and partner programs*.

45.      The statements referenced above in ¶¶ 26–44 were materially false and misleading, as they failed to disclose the following adverse facts that were known to Defendants or recklessly disregarded by them:

(a)      that Nutanix had reallocated lead generation spending to other priorities, which represented a significant strategy shift from how the Company had historically conducted its sales efforts;

(b)      that Nutanix's decision to reallocate lead generation spending had caused a large disruption in the Company's sales execution, thereby negatively impacting Nutanix's sales pipeline and slowing the Company's sales growth;

(c)      that Nutanix had fallen behind in its sales hiring goals, which was further impairing the Company's efforts to grow its sales pipeline development;

(d)      that the improvement in the Company's gross margins was not the result of the changes being made to the Company's business model, including the shift from hardware to software and the change from licensing to subscription platforms, but rather was the result of the Company's decision to reallocate lead generation spending; and

(e)      as a result of the foregoing, Defendants lacked a reasonable basis for their positive statements about Nutanix, its revenues, earnings and prospects.

# THE TRUTH IS REVEALED

46.     On December 19, 2018, Louis J. Attanasio, Nutanix's Chief Revenue Officer, sold 134,499 shares of Nutanix stock, at prices between $41.19 and $41.68 per share, receiving more than $5.5 million on the sales.  This sale represented Attanasio's entire holdings in Nutanix.

47.     On December 28, 2018, Tyler Wall, Nutanix's Chief Legal Officer, sold 34,144 shares of Nutanix at $40.36 per share, receiving almost $1.38 million dollars on the sale.

48.     On February 28, 2019, Nutanix issued a press release announcing its second quarter fiscal 2019 financial results for the period ended January 31, 2019, reporting revenue of $335.4 million, up from $286.7 million in the second quarter of fiscal 2018, and $413.4 million in billings, up from $355.9 million in the second quarter of fiscal 2018.  Despite being pleased with the Company's large deal activity and progress in moving toward a subscription model, Defendant Williams surprised the market by revealing the repercussions of inadequate marketing spending and slow sales hiring, stating in pertinent part as follows:

> Looking ahead, our third quarter guidance reflects the impact of ***inadequate marketing spending for pipeline generation and slower than expected sales hiring***. We took a critical look at these areas and have taken actions to address them.

49.     On the same day, Nutanix held a conference call with analysts and investors to discuss the Company's earnings and operations.  During the conference call, Defendant Pandey revealed that imbalances in lead generation spending were impacting the Company's sales pipeline and that the Company's failure to keep pace with sales hiring goals had had a negative effect on sales pipeline development.  Defendant Pandey stated in pertinent part as follows:

> In that way, I'd like to take you through 3 key areas of our business where we're making adjustments to maximize our strong market opportunity. ***First, we recently identified some imbalances in our lead generation spending that were beginning to impact our sales pipeline. We recognize these imbalances in Q2 and have adjusted our lead generation spend accordingly***. Despite these, these actions will take some time to take effect and therefore, our Q3 guidance reflects the short term impact of these imbalances. The changes we implemented are already showing early positive signs at the top of the funnel, and we expect to see increasing traction in our sales pipeline over the coming quarters. Duston will provide more details on these imbalances and our actions taken later in the call.

Second, over the past few quarters, *we have not kept pace with our bullish sales hiring goals*. This plays a role in our sales pipeline development. Hiring at this scale is an art and there's an ebb and flow to the process. We've been putting more focus on this aspect of our execution as we don't foresee any macro weakness in the horizon.

50.     During the conference call, Defendant Williams also acknowledged disappointment at missing the Company's pipeline targets, stating in pertinent part as follows:

Now turning to the guidance for the third quarter. And before getting into the line item detail, let me step back a bit and provide some additional context for our Q2 performance and our third quarter guidance.

In Q2, while we were pleased with our progress with moving to a recurring subscription business as well as with our large deals and EMEA performance, *we were disappointed to miss our pipeline targets*. Generally speaking, our Q2 quarter, that should afford us to build backlog and that did not happen this year.

As Dheeraj discussed at the beginning of the call, *we recently identified some imbalances in our lead generation spending that were beginning to impact our sales pipeline. Lead generation spending is a key component to building pipeline, which ultimately, significantly impacts bookings, billings and revenue*. In fiscal '18 – I'm sorry in fiscal '17, we had increased lead generation spend by 75% over the prior year. This increase drove strong pipeline generation in fiscal '17 and fiscal '18 as well as improved efficiencies within the lead generation spend during fiscal '18.

Encouraged by our overall company performance, *in fiscal '18, we reallocated some of our lead generation spending to other priorities*. As a result, there was a 4 quarter period from Q4 '17 to Q3 '18 that we basically kept lead generation spend flat, all while the company continued to perform quite well. Based on lead generation spend efficiencies we experienced in FY '18, *we assumed further efficiencies would take place in FY '19 and we again reallocated capital away from lead generation spend during our planning process*.

In Q2, we noticed a pattern that some of our lead generation efficiencies that we had planned for were not being realized. We began taking actions to reallocate capital back to lead generation spending, while at the same time dialing back on non- sales hiring. We have continued these actions into Q3.

Our quota-carrying sales reps also contribute to pipeline build, and our *pipeline targets were further impacted by a shortage of sales reps in the first half of the fiscal year, resulting in an underspend by several million dollars*.

*It's important to note that all this shifting of spend back to lead generation is not an insignificant amount, the magnitude of the*

*shift is in a few tens of millions*. Although we started making this adjustment in Q2, we expect it to take a couple of quarters to show meaningful results.

In the meantime, we will double down on driving further business from within our large existing Enterprise customer base, while the augmented lead generation spending works its way into the pipeline.

***This brings us to our guidance for Q3, where we expect significant impact from an imbalance in lead generation spending earlier in the year and slower-than- expected sales hiring***. However, we believe that our actions to address these factors, combined with better sales execution, will drive improved pipeline build into Q4, which we expect to leave us in a solid position as we enter FY '20.

51.     Defendant Williams also provided guidance for the third fiscal quarter of 2019 *significantly below* street estimates:

Now turning to specific details of the guidance. On a non-GAAP basis, we expect – for Q3, we expect the following: billings between $360 million and $370 million; revenue between $290 million and $300 million; gross margins between 75% and 76%; operating expenses between $330 million and $340 million; and a per-share loss of approximately $0.60, using weighted average shares outstanding of $183 million.

52.     By contrast, as stated by Wells Fargo Securities in a February 28, 2019 analyst report, street consensus estimates were for revenue of $348 million, gross margins of 79 percent, non-GAAP operating expenses of $326.4 million, and non-GAAP EPS of a loss of $0.28 per share.

53.     Defendant Williams summed up the decreased spending on lead generation in response to a question from Ron Hall, an analyst with Goldman Sachs:

Now looking back at it, we probably over-rotated a bit to the existing customer base and large customers there, where those efficiency dollars are easier to get, and probably underspent a little bit on new customers, which – those efficiencies are a little tougher to get on new customers. But the cost at the company was doing fine in FY '18 and then we go into FY '19 and we have a lot of spending demands and a lot of pressure on spending and a lot of people looking for leverage. And we made a decision at that point that we figured those efficiencies would not only continue but to increase in FY '19. And we reallocated spending away from demand gen to a certain degree into headcount.

54. Defendants did not reallocate lead generation to only headcount in marketing. Rather, as confirmed by Defendant Williams, Nutanix reallocated to "headcount, a lot went to engineering, some new products and things like that."

55. In response to a question from stock research analyst Victor Chiu of Raymond James, Defendant Pandey confirmed that the lack of lead generation spending and sales force hiring was responsible for 80 percent of the lowered guidance:

> **Chiu:** Can we isolate the impact to results exclusively to lead generation, meaning if you hadn't reduced the lead generation allocation, how confident are you that you could've driven results near the consensus expectation on like the 20%-ish year-over-year growth?
>
> **Pandey:** *I think with sales hiring and lead generation, were the 2 inputs that we were shy of. And most of it, in an 80-20 kind of argument, I think 80% of it can be contributed to these 2, actually.* 20% obviously relates to better sales execution. With the same inputs, could we have derived better outputs? I think Americas could have done better there as well.

56. Additionally, during the call, Defendants acknowledged that, despite their assertions to the contrary in early 2018, Nutanix's product portfolio was in "chaos," which had caused problems in the Company's pipeline and with its sales force by moving too quickly on big transformations and introducing too many new products in 2018. The following exchange took place between Jason Noah Ader, an analyst at William Blair & Company L.L.C. and Defendant Pandey:

> **Ader:** I wanted to – I know that Allegiant is going to dominate the conversation here, but I wanted to understand a little bit more about whether you think, number one, you may have over-rotated a little bit much to the – too much to the large Enterprise, and also whether you think you took too much on in terms of new products in 2018, which may have affected the demand gen just from the standpoint of maybe the sales force and the channel being a little bit confused with all of these new products.
>
> **Pandey:** Yes, I think on the – thanks, Jason, for the questions. On the first one, it does camouflage stuff, and the fact that we had large deals and large customers, it does come in the way of thinking. So now looking back, running at high velocity, I wish we didn't have to think about this as an afterthought, but it does come up. And I think how we go and really segment commercial select and look at the top 12,000 customers of America, not just the top 3,000, 5,000, I think those things have been things that we have looked at in the last 3 to 6 months. But before I get to the product, there's – people also probably will realize that in the last 18

months, this company has gone through 2 big transformations. And our sales force has gone through the transformation, has been the people that have really gone through this, which is software-only and in subscription now. So in the last 18 months, we've had a big payload of transformation and it probably does count towards simple things like hiring and stuff like that, they're like, man, it's a big change. So I think how we do a better job of absorbing all the stuff while we become a software company, while we become a subscription company, while we become a cloud company, I think does come up. On the product portfolio, yes, I mean, obviously I'm a big fan of Andy Grove and the way he wrote the 2 chapters in the book, Let Chaos Reign, and Then Rein in Chaos (sic) [Let Chaos Reign, Then Rein In Chaos]. So we let chaos reign in the first half of '18 with the product portfolio in terms of lack of Chris messaging and then obviously when we realize that we had to do a better job of messaging and classification and things of that nature, I think, the core Essentials Enterprise has been a great sort of storytelling methodology for everybody. And people need to realize that we can't just sell things because Beam is a thing and IoT is a thing and Calm is a thing, but they have to really think about the customer journey and really empathize on behalf of the customer, say, "Look, start with Core, then Essentials, then Enterprise." So I think it's helped a lot in the last 4, 5 months. But yes, it comes up, we are a high-velocity company and sometimes we let chaos reign, and then we go and rein in the chaos. But I think the most important sort of, at least in my head, is how our sales force has actually gone through 2 big transformations in the last 18, 24 months.

57.    As a result of Defendants' disclosure of their false and misleading statements during the Class Period, on March 1, 2019, Nutanix common stock fell $16.39 per share from its February 28, 2019 closing price of $50.09 per share, or more than 32 percent, to close at $33.70 per share on March 1, 2019.

58.    Analysts were quick to react to Nutanix's disclosure, highlighting Nutanix's failure to properly invest in sales personnel and lead generation, downgrading Nutanix stock, and lowering price targets.

59.    For example, in a report dated February 28, 2019, Wells Fargo downgraded Nutanix to market perform, and lowered Nutanix's price target to $45 per share from $70 per share "following the company's disappointing outlook reflective of sales under-investment . . . the company is now a *prove-it story* in our view as it relates to its plans / ability to drive incremental platform monetization" (emphasis in original).

60.    Oppenheimer, in a report dated March 1, 2019, downgraded Nutanix common stock to Perform, and removed a price target for Nutanix all together (from a prior price target of $70 per share), commenting that "we think Nutanix has tried to do too much (massive portfolio expansion, cloud rollout, M&A, etc.) with too little (under investment in sales/go-to-market) for too long (recent year) and this has caught up with it.  NTNX can eventually regain its footing, yet there is a greater probability that its upcoming Analyst Day will reset the growth/margin bar lower, and with execution risk elevated."

61.    FBN Securities, in a report dated March 1, 2019, lowered its price target for Nutantix common stock from $70 per share to $45 per share.

62.    On March 6, 2019, days after Defendants' February 28, 2019 announcement, Attanasio (who, less than three months earlier had liquidated all of his holding in Nutanix stock) notified Nutanix that he would be leaving Nutanix effective March 8, 2019 "to pursue other opportunities."

63.    The market for Nutanix securities was open, well-developed and efficient at all relevant times.  As a result of these materially false and misleading statements and failures to disclose, Nutanix securities traded at artificially inflated prices during the Class Period, which inflation came out once the truth was revealed.  Plaintiff and other members of the Class purchased Nutanix securities relying upon the integrity of the market price of Nutanix securities and market information relating to Nutanix and have been damaged thereby.

64.    During the Class Period, Defendants misled the investing public, thereby inflating the price of Nutanix securities by publicly issuing false and misleading statements and omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and misleading.  Said statements and omissions were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about the Company's business, operations and prospects, as alleged herein.

65.    At all relevant times, the material misrepresentations and omissions particularized in this complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by plaintiff and other members of the Class.  As described herein, during the

Class Period, Defendants made or caused to be made a series of materially false or misleading statements about Nutanix's business, prospects and operations. These material misstatements and omissions had the cause and effect of creating in the market an unrealistically positive assessment of Nutanix and its business, prospects and operations, thus causing the price of Nutanix securities to be overvalued and artificially inflated at all relevant times, which inflation was removed once the truth came out. Defendants' materially false and misleading statements during the Class Period resulted in plaintiff and other members of the Class purchasing Nutanix securities at artificially inflated prices, thus causing the damages complained of herein. When the true facts about the Company were revealed to the market, the artificial inflation in the price of Nutanix securities was removed and the price declined dramatically, causing losses to plaintiff and the other members of the Class.

## ADDITIONAL SCIENTER ALLEGATIONS

66.    As alleged herein, Nutanix and the Individual Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading, knew that such statements or documents would be issued or disseminated to the investing public, and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, these Defendants, by virtue of their receipt of information reflecting the true facts regarding Nutanix, their control over, and/or receipt and/or modification of Nutanix's allegedly materially misleading statements and/or their associations with the Company which made them privy to confidential proprietary information concerning Nutanix, participated in the fraudulent scheme alleged herein.

## LOSS CAUSATION/ECONOMIC LOSS

67.    During the Class Period, as detailed herein, Defendants made false and misleading statements by misrepresenting the Company's business and prospects and engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Nutanix securities and operated as a fraud on Class Period purchasers of Nutanix securities.

1    Later, when Defendants' prior misrepresentations and fraudulent conduct became apparent to the

2    market, the price of Nutanix securities fell precipitously, as the prior artificial inflation came out.

3    As a result of their purchases of Nutanix securities during the Class Period, plaintiff and other

4    members of the Class suffered economic loss, *i.e.*, damages, under the federal securities laws.

5                                    **NO SAFE HARBOR**

6           68.     The statutory safe harbor provided for forward-looking statements under certain

7    circumstances does not apply to any of the allegedly false statements pleaded in this complaint.

8    Many of the specific statements pleaded herein were not identified as "forward-looking

9    statements" when made.  To the extent there were any forward-looking statements, there were no

10   meaningful cautionary statements identifying important factors that could cause actual results to

11   differ materially from those in the purportedly forward-looking statements.  Alternatively, to the

12   extent that the statutory safe harbor does apply to any forward-looking statements pleaded

13   herein, Defendants are liable for those false forward-looking statements because, at the time each

14   of those forward-looking statements was made, the particular speaker knew that the particular

15   forward-looking statement was false and/or the forward-looking statement was authorized and/or

16   approved by an executive officer of Nutanix who knew that those statements were false when

17   made.

18                      **APPLICABILITY OF THE PRESUMPTION OF RELIANCE**
                        **AND FRAUD ON THE MARKET**
19

20          69.     Plaintiff will rely upon the presumption of reliance established by the fraud-on-

     the- market doctrine in that, among other things:
21

22                  (a)     Defendants made public misrepresentations or failed to disclose material

     facts during the Class Period;
23

24                  (b)     The omissions and misrepresentations were material;

25                  (c)     Nutanix securities traded in an efficient market;

26                  (d)     The misrepresentations alleged would tend to induce a reasonable investor

     to misjudge the value of Nutanix securities; and
27

28

(e)     Plaintiff and other members of the Class purchased Nutanix securities between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

70.     At all relevant times, the market for Nutanix securities was efficient for the following reasons, among others:

(a)     As a regulated issuer, Nutanix filed periodic public reports with the SEC; and

(b)     Nutanix regularly communicated with public investors via established market communication mechanisms, including through the regular disseminations of press releases on major news wire services and through other wide-ranging public disclosures, such as communications with the financial press, securities analysts and other similar reporting services.

## CLASS ACTION ALLEGATIONS

71.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all those who purchased or sold Nutanix securities during the Class Period and who were damaged thereby (the "Class"). Excluded from the Class are: Defendants; the officers and directors of the Company during the Class Period (the "Excluded D&Os"); members of Defendants' and the Excluded D&Os' immediate families; the subsidiaries and affiliates of the Company, including the Company's employee retirement and benefit plan(s) and their participants or beneficiaries, to the extent they made purchases through such plan(s); and any entity in which Defendants or the Excluded D&Os have or had a controlling interest; and the legal representatives, heirs, successors or assigns of any excluded person or entity.

72.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Nutanix stock was actively traded on the NASDAQ. While the exact number of Class members is unknown to plaintiff at this time and can only be ascertained through appropriate discovery, plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Record owners and other members of the Class may be identified from records maintained by Nutanix or its transfer agent and may be notified of the

1  pendency of this action by mail, using the form of notice similar to that customarily used in

2  securities class actions.

3      73.    Plaintiff's claims are typical of the claims of the members of the Class, as all

4  members of the Class are similarly affected by Defendants' wrongful conduct in violation of

5  federal law that is complained of herein.

6      74.    Plaintiff will fairly and adequately protect the interests of the members of the

7  Class and has retained counsel competent and experienced in class and securities litigation.

8      75.    Common questions of law and fact exist as to all members of the Class and

9  predominate over any questions solely affecting individual members of the Class. Among the

10  questions of law and fact common to the Class are:

11          (a)    whether the federal securities laws were violated by Defendants' acts as

12  alleged herein;

13          (b)    whether statements made by Defendants to the investing public during the

14  Class Period misrepresented material facts about the Company's business, operations and

15  prospects; and

16          (c)    to what extent the members of the Class have sustained damages and the

17  proper measure of damages.

18      76.    A class action is superior to all other available methods for the fair and efficient

19  adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as

20  the damages suffered by individual Class members may be relatively small, the expense and

21  burden of individual litigation make it impossible for members of the Class to individually

22  redress the wrongs done to them.  There will be no difficulty in the management of this action as

23  a class action.

24                              **COUNT I**

25              **For Violation of § 10(b) of the Exchange Act**
               **and Rule 10b-5 Promulgated Thereunder**
26                      **Against All Defendants**

27      77.    Plaintiff repeats and realleges each and every allegation contained in the

28  foregoing paragraphs as if fully set forth herein.

78.     During the Class Period, Defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

79.     Defendants violated § 10(b) of the Exchange Act and Rule 10b-5 in that they:

(a)     employed devices, schemes and artifices to defraud;

(b)     made untrue statements of material fact or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c)     engaged in acts, practices, and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of Nutanix securities during the Class Period.

80.     Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Nutanix securities. Plaintiff and the Class would not have purchased Nutanix securities at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

81.     As a direct and proximate result of these Defendants' wrongful conduct, plaintiff and the other members of the Class suffered damages in connection with their purchases of Nutanix securities during the Class Period.

## COUNT II

### For Violation of § 20(a) of the Exchange Act
### Against the Individual Defendants

82.     Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

83.     The Individual Defendants acted as controlling persons of Nutanix within the meaning of § 20(a) of the Exchange Act.  By reason of their positions as officers and/or directors of Nutanix, and their ownership of Nutanix stock, the Individual Defendants had the power and

authority to cause Nutanix to engage in the wrongful conduct complained of herein.  Nutanix controlled each of the Individual Defendants and all of its employees.  By reason of such conduct, the Individual Defendants and Nutanix are liable pursuant to § 20(a) of the Exchange Act.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for relief and judgment as follows:

A.      Determining that this action is a proper class action, designating plaintiff as Lead Plaintiff and certifying plaintiff as a class representative under Rule 23 of the Federal Rules of Civil Procedure and plaintiff's counsel as Lead Counsel;

B.      Awarding compensatory damages in favor of plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.      Awarding plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D.      Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

DATED:  May 20, 2019                          Respectfully submitted,


                                              */s/ Christopher J. Keller*

                                              **LABATON SUCHAROW LLP**
                                              Christopher J. Keller (*pro hac vice* pending)
                                              Eric J. Belfi (*pro hac vice pending*)
                                              Francis P. McConville (*pro hac vice* pending)
                                              140 Broadway
                                              New York, New York 10005
                                              Telephone: (212) 907-0700
                                              Facsimile: (212) 818-0477
                                              ckeller@labaton.com
                                              ebelfi@labaton.com
                                              fmcconville@labaton.com

                                              *Counsel for Plaintiff Joseph S. Maroun*

---

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
James M. Wagstaffe (#95535)
Frank Busch (#258288)
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for Plaintiff Joseph S. Maroun*

1

**CERTIFICATE OF SERVICE**

2          I HEREBY CERTIFY that on May 20, 2019, I was authorized to electronically file the

3    foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of

4    Electronic Filing to all counsel of record.

5                                                      */s/ Frank Busch*_____
                                                        Frank Busch
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28